# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 6:08-cr-00017 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ALFRED NICKELAY DAVIS | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) The government's motion to dismiss, ECF No. 52, is **GRANTED**;

(2) Davis' motion pursuant to 28 U.S.C. § 2255, ECF No. 50, is **DISMISSED**;

(3) This action is **STRICKEN** from the active docket of this court; and

(4) Finding that Davis has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    **ENTER**:    This <u>1st</u> day of December, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE